IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DEVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>Petitioner<br><s>Defendant</s> | NO. 20-CR-4048-LTS-KEM<br><br><br>MOTION TO DISMISS WITH<br>ABSOLUTE PREJIDUCE |

COMES NOW, NOT the corporate DARRELL SOREY "person", but the living, breathing, flesh and blood, American national Darrell H Sorey respectfully moves this honorable court to dismiss case #20-CR-4048-LTS-KEM with absolute prejiduce.

Please refer to the Laws, case law, codes, statutes and facts in the attached affidavit in support of this motion.

Failure to dismiss will result in suits against all parties accountable for violations listed in the affidavit.

Darnell A Sorey
O'Brien County Jail
240 1st Street NE
Primghar, Iowa 51245

FEB 16 2021

Clerk of Court / Forde Fairchild
U.S. District Court
Northern District of Iowa
320 6th St.
Sioux City, IA 51101

51101$1245 C026