RECEIVED FEB 18 2021

NOTICE:
Please make the copies that you need for the court and Forde Fairchild and send the original copies/documents back to me. O'Brien County Jail staff refuses to cooperate with my assistance, I appoligize for the inconvrenanve. Thank you

American National Petitioner
　　　　Darrell H. Sorey