RECEIVED JUL 28 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | NO. 20-CR-4048-LTS-KEM |
| vs | |
| Defendant | MOTION TO RE-APPOINT COUNSEL |

COMES NOW Darrell H Sorey respectfuly motions this court to re-appoint Nathan Lab to represent as court appointed counsel.

Darrell H Sorey
Living Natural Man,
Sui Juris Propria Persona

Darnell H Soney
O'Brien County Jail
240 1st Street NE
Primghar, IA 51245

XRAYED US MARSHALS SERVICE

SIOUX FALLS SD 570

26 JUL 2021 PM 1 L

FOREVER USA

Barn Swallow

JUL 26 2021

UNITED STATES DISTRICT COURT
320 SIXTH ST., ROOM 301
SIOUX CITY, IA 51101-1210

51101-126276